IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-02639-WYD-OES

DAVID R. PRICE,

Plaintiff(s),

vs.

WILSON SPORTING GOODS COMPANY, a Delaware corporation; and
TARGET CORPORATION, a Minnesota corporation,

Defendant(s).

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER
Dated:  October 11, 2005

    The Unopposed Motion by True Temper Sports, Inc., to Amend Minute Order of October 4, 2005, [Doc. #80, filed 10/7/05] is GRANTED as follows:

1. Graeme Horwood will be designated as a **fact witness.**

2. David Mitchell, P.E., will be designated as an **expert witness.**

3. Counsel shall have 50 days from the date of October 4, 2005, to complete the deposition of David Mitchell.