IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  03-cv-02639-WYD-OES

DAVID R. PRICE,

    Plaintiff,

v.

WILSON SPORTING GOODS COMPANY, a Delaware Corporation;
TARGET CORPORATION, a Minnesota corporation; and TRUE TEMPER SPORTS, INC., a Delaware corporation,

    Defendants.

_____

**ORDER**
_____

THIS MATTER is before the Court on the parties' Stipulation and Joint Motion, re: (1) Dismissal of True Temper; (2) Partial Withdrawal of Wilson's Designation of Non-Parties at Fault; and (3) Preclusion of Any Reference at Trial of the True Temper Settlement (#84), filed December 6, 2005.  Having reviewed the Stipulation and being otherwise fully advised, it is

ORDERED that the parties' Stipulation and Joint Motion is **GRANTED IN PART AND DENIED IN PART** and shall bind the parties to the extent it is granted.  It is

FURTHER ORDERED that the claims and causes of action asserted against Defendant True Temper Sports, Inc. are **DISMISSED WITH PREJUDICE**, each side to bear his or its own attorneys' fees and costs.  It is

FURTHER ORDERED that the claims and causes of actions asserted against Defendants Wilson Sporting Goods Company and Target Corporation remain.  It is

FURTHER ORDERED that Defendants Wilson and Target's Designation of Non-parties at Fault as it pertains to True Temper only is withdrawn.  It is

FURTHER ORDERED that no reference to the settlement may be made at trial.  It is

FURTHER ORDERED that the parties request that the Court, following a jury verdict, reduce the amount of any judgment entered by the amount of the present settlement is **DENIED WITHOUT PREJUDICE**.  The Court will not address this issue until an actual jury verdict is rendered in this matter.

Dated:  December 9, 2005

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge