IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  03-cv-02639-WYD-OES

DAVID R. PRICE,

    Plaintiff,

v.

WILSON SPORTING GOODS COMPANY, a Delaware Corporation;
TARGET CORPORATION, a Minnesota corporation,

    Defendants.
_____

**ORDER**
_____

THIS MATTER is before the Court on the parties' Stipulation and Joint Motion to (1) Dismiss Plaintiff's Second through Fourth Claims for Relief; and (2) Preserve Plaintiff's Ability to Present the Testimony of his Engineering Experts (#87), filed December 20, 2005.  Having reviewed the Stipulation and being otherwise fully advised, it is

ORDERED that the parties' Stipulation and Joint Motion is **GRANTED** and shall bind the parties.  It is

FURTHER ORDERED that Plaintiff's Second, Third, and Fourth Claims for Relief against Wilson Sporting Goods Company and Target Corporation are **DISMISSED WITH PREJUDICE**, each party to bear his or its own attorneys' fees and costs.  It is

FURTHER ORDERED that because the claims and causes of actions against

Target Corporation have been dismissed, Target Corporation is **DISMISSED WITH PREJUDICE** from this matter. It is

FURTHER ORDERED that Plaintiff's First Claim for Relief for Strict Product Liability against Defendant Wilson **REMAINS** at issue.

Dated:  December 21, 2005

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge