IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  03-cv-02639-WYD-OES

DAVID R. PRICE,

    Plaintiff,

v.

WILSON SPORTING GOODS COMPANY, a Delaware Corporation,

    Defendant.
_____

**ORDER**
_____

On January 11, 2006, this Court held a Final Trial Preparation Conference and Hearing on Pending Motions.  For the reasons stated on the record, it is

ORDERED that Defendant shall comply with the Court's Hearing, Conference, and Trial Procedures with regard to jury instructions by filing jury instructions with authority as well as a memorandum regarding objections to Plaintiff's proposed instructions by **Thursday, January 12, 2006**.  It is

FURTHER ORDERED that Plaintiff shall file any additional jury instructions by **Thursday, January 12, 2006.**   It is

FURTHER ORDERED that Defendant shall file any objections to Plaintiff's additional jury instructions by **Friday, January 20, 2006**.  It is

FURTHER ORDERED that Plaintiff's Motion in Limine, re: Prior Arrests, Misdemeanors, Criminal Dispositions without Convictions, and Civil Suits (# 55), filed July 28, 2005, is **GRANTED**.  However, the Court will not foreclose Defendant from

raising issues concerning Plaintiff's son's prior arrests and misdemeanors with the Court during trial outside the presence of the jury.  It is

FURTHER ORDERED that Plaintiff's Motion in Limine, re: Plaintiff's Failure to File Income Tax Returns (# 56), filed July 28, 2005, is **GRANTED**.  It is

FURTHER ORDERED that Plaintiff's Motion in Limine, re: Social Security Benefits (# 54), filed July 28, 2005, is **GRANTED**.  It is

FURTHER ORDERED that Plaintiff is not permitted to introduce any evidence concerning the correspondence between counsel regarding interim financial assistance to Plaintiff in opening statement or during direct examination of Plaintiff.  It is

FURTHER ORDERED that Plaintiff shall file briefing on the issue of introduction of this correspondence by **Thursday, January 12, 2006**.  It is

FURTHER ORDERED that Defendant shall respond to Plaintiff's brief by **Tuesday, January 17, 2006**.  It is

FURTHER ORDERED that Plaintiff's request that Plaintiff not be present in the courtroom during the testimony of certain witnesses is **DENIED**.  It is

FURTHER ORDERED that Chester S. Shira may testify at trial by way of video conferencing provided appropriate arrangements are made with the Court's Automation Department.  It is

FURTHER ORDERED that Plaintiff's Proposed Amendments to the Final Pretrial Order (# 97), filed January 10, 2006, and treated by the Court as a Motion to Amend the Final Pretrial Order, is **DENIED WITHOUT PREJUDICE**.  It is

FURTHER ORDERED that the parties shall meet and confer and file stipulated

amendments to the Final Pretrial Order by **Tuesday, January 17, 2006**.  It is

FURTHER ORDERED that any disputes or objections regarding the amendments to the Final Pretrial Order shall also be filed by **Tuesday, January 17, 2006**.

Dated:  January 11, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge